ORIGINAL

FILED IN

U.S.D.C. ... MBERS
...nta

NOV 22 2017

JAMES N. HATTEN, Clerk
By: KS...
Deputy Clerk

## United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

Shawn Ryan Budovic

Case Number: 4:17-MJ-53

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about June 18, 2017 in Bartow County, in the Northern District of Georgia, defendant(s) did, knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct; that is, a digital video file depicting BP, a female minor, engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), which visual depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone

in violation of Title 18, United States Code, Section(s) Sections 2251(a) and (e).

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.    Yes

Signature of Complainant
James Raves

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

November 22, 2017                              at    Atlanta, Georgia

Date                                                   City and State

JANET F. KING
UNITED STATES MAGISTRATE JUDGE

Name and Title of Judicial Officer                      Signature of Judicial Officer

AUSA Jolee Porter

## AFFIDAVIT

I, James Rives, being duly sworn, depose and state:

1.      I am a Special Agent of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE).  I have been a Special Agent since April 2, 2007. I was previously a Police Officer with the Alpharetta Police Department (GA) from June 2000 to April 2007. I successfully completed the Special Agent Training Course at the Federal Law Enforcement Training Center in September 2007, where I received training in immigration law, nationality law, and criminal law, including child pornography investigations.  My current assignment is Office of Investigations with Immigration and Customs Enforcement, RAC Dalton, which is located north of Atlanta, Georgia.  My current responsibilities include investigating violations of the federal immigration laws, customs laws and related criminal statutes.

2.      This Affidavit is made in support of a criminal complaint for Shawn Ryan BUDOVIC, who did employ, use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct by means of an electronic device, said device having been mailed, transported, and shipped in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

1

3.    Between the dates of June 16, 2017, and June 18, 2017, a 15 year-old minor female (BP), sent sexually explicit images of herself to an adult male known through Facebook as Shawn BUDOVIC from Cartersville, Georgia. The images were discovered by the minor's foster mother, KW, after discovering the minor had a "secret" Facebook account. This "secret" account was named in the name of minor female, with account number 100018290614818. Upon checking the Messenger application of Facebook, KW discovered the explicit images that were sent to Shawn BUDOVIC. KW knew this because BUDOVIC's Facebook page displays his user name as "Shawn BUDOVIC (Grim Reaper)". BUDOVIC lives in Cartersville, GA in Bartow County. BUDOVIC posted pictures of himself on his Facebook account. KW suspects the images were exchanged during the weekend of June 16, 2017, to June 18, 2017, when KW and the minor female were staying at a Super 8 Motel in Aberdeen, South Dakota, for a swim meet. The minor utilized an Apple iPod to gain access to Facebook and Facebook Messenger. KW seized the Apple iPod and changed the password to the Facebook account to preserve the evidence in order to report the discovery to law enforcement.

4.    On June 23, 2017, KW returned to her residence in Breckenridge, Minnesota, and filed a police report with the Breckenridge Police Department (BPD). BPD Officer Scott Johnson met with KW and learned about the above

2

mentioned incident. KW gave Officer Johnson the password to the Facebook account belonging to and utilized by the minor female. BPD initiated an investigation and assigned the case to Detective Natalie Buttenhoff who is an Internet Crimes Against Children (ICAC) Task Force Officer, Detective Buttenhoff instructed KW to contact the Aberdeen Police Department and file a police report due to the photos being taken in Aberdeen, South Dakota, and sent from the Super 8's motel's Wi-Fi, also located in Aberdeen.

5.      On June 26, 2017, KW contacted the Aberdeen Police Department (APD), which initiated an investigation. APD Officer Zackary Krage spoke with KW on the telephone at the APD headquarters. KW explained that she is a foster parent to five girls and that they were in Aberdeen, South Dakota from June 16, 2017, until June 18, 2017. KW and the girls stayed at the Super 8 Motel located at 2405 6th Ave SE, Aberdeen, South Dakota. One of the girls, a minor (15 years old), sent nude photographs of herself to a person named "Shawn" from Georgia (later found to be Shawn BUDOVIC from Cartersville, GA) who is 27 years old. KW stated she made a full report with the Breckenridge Police Department and that they also began a criminal investigation.

6.      On August 1, 2017, the minor female (BP) was interviewed by Detective Natalie Butenhoff. The female disclosed that she had been

3

communicating with Shawn BUDOVIC for approximately four (4) years on social media. According to the minor female, she met BUDOVIC through social media when she was 11 or 12 years old, and she knows that BUDOVIC is 26 years old and lives in the South. BUDOVIC was aware of BP's age and they would often lose contact with each other for periods of time for various reasons. During the conversation on the weekend of June 16, 2017, through June 18, 2017, the minor female stated that BUDOVIC asked for a nude image of her believing BP was 15 years old. At first, she did not send a photo as requested by BUDOVIC but she eventually did, she explained, because BUDOVIC constantly asked and she felt that he was getting angry.

7.     On October 9, 2017, SA Rives received a CyberTipline Report (23750904) from the National Center Missing and Exploited Children (NCMEC). The report was labeled as a priority E, meaning it was submitted by a registered Electronic Service Provider, in this case, Facebook. According to the report there were a total of 31 uploaded files of child pornography that occurred on June 18, 2017, 05:58:02 UTC. The person reported is BP and the recipient of the reported content is as follows:

First Name:          Shawn

Last Name:          Budovic

4

| Mobile Phone: | +19075450221 (Verified) |
| Email: | budovic1990@yahoo.com (Verified) |
| Age: | 27 |
| DOB: | XX-XX-1990 |
| Screen Name: | shawn.budovic |

8. On October 11, 2017, SA Rives reviewed the conversations and images in CyberTipline Report 23750904. The first conversation between the minor female and BUDOVIC was reported as follows:

- June 18, 2017 at 05:56:31 UTC - BUDOVIC: Okay open your legs.

- June 18, 2017 at 05:57:00 UTC - Minor Female: I'm not shaved down there daddy

- June 18, 2017 at 05:57:11 UTC - BUDOVIC: idc[1]

- June 18, 2017 at 05:58:02 UTC - an image was uploaded from the minor female to BUDOVIC. The image is a close up of the genital region of a female with the middle finger of the left hand covering most of the vagina.

- June 18, 2017 at 05:58:42 UTC - BUDOVIC: Hey sweetheart?

- June 18, 2017 at 05:59:03 UTC - Minor Female: Yes daddy?

5

- June 18, 2017 at 05:59:14 UTC - BUDOVIC: You're not that hairy

The next conversation captured is as follows:

- June 18, 2017 at 06:00:24 UTC - Minor Female: ok daddy now what?

- June 18, 2017 at 06:00:40 UTC - Minor Female: is the old daddy back now?

- June 18, 2017 at 06:00:41 UTC - BUDOVIC: Show me you're hole pussy

- June 18, 2017 at 06:01:52 UTC - an image was uploaded from the minor female to BUDOVIC. The image is a close up of the vagina and the anus of the female.

- June 18, 2017 at 06:02:19 UTC - BUDOVIC: Move the camera to the your left a little

- June 18, 2017 at 06:02:35 UTC - Minor Female: Is old daddy back yet?

The conversation continues to become more graphic with the request from BUDOVIC to the minor female. For example, BUDOVIC requested that the minor female insert a finger in her anus. The minor female stated that she could not, but BUDOVIC persisted by telling her to push harder. It was clear that BUDOVIC

---

[1] This is an abbreviation for "I don't care."

knew he was talking and requesting pornographic images from a minor female based on the following conversation:

- June 18, 2017 at 06:04:44 UTC - BUDOVIC: Seeing you're [sic] young tight pussy

- June 18, 2017 at 06:05:08 UTC - Minor Female: That makes my princess parts tingle daddy

- June 18, 2017 at 06:05:20 UTC -BUDOVIC: Open it up

- June 18, 2017 at 06:07:38 UTC - an image was uploaded from the minor female to BUDOVIC. The image is a close up of the vagina with the female's finger inserted into it.

- June 18, 2017 at 06:08:06 UTC - BUDOVIC: You're what 15 16 now

- June 18, 2017 at 06:08:26 UTC -Minor Female: yeah why daddy

- June 18, 2017 at 06:08:48 UTC - BUDOVIC: Take you're dress off

9.      On October 23, 2017, HSI Dalton Special Agent (SA) Jim Rives obtained a search warrant in the United States District Court, Northern District of Georgia, for the residence of 189 McKaskey Creek Road, Cartersville, GA based on the above facts. Agents were able to determine that his was BUDOVIC's address through subpoenas with Facebook, obtaining IP address were the communication were sent and received,  Driver's License checks, Department of

7

Labor checks, internet provider subpoenas and publicly available searches. The search warrant was signed by United States Magistrate Judge Walter Johnson for the search and seizure of any evidence pertaining to the possession of child pornography in violation of 18 USC 2252.

10.     On October 31, 2017, HSI Dalton SA's executed the search warrant at 189 McKaskey Creek Road, with the assistance of the Georgia Bureau of Investigation (GBI) and members of the Bartow County Sheriff's Office. BUDOVIC was encountered in the residence and read his *Miranda* Rights. BUDOVIC agreed to talk to agents without consulting or having an attorney presents. During a recorded post *Miranda* interview, BUDOVIC admitted he had contact with the minor female for the past several years. According to BUDOVIC, he met the minor female approximately three (3) to four (4) years ago on the social media app, Kik. Through conversations on Kik and Facebook, BUDOVIC admitted to agents that he asked for and received the explicit images of the minor female. BUDOVIC went further and stated that he likes to play a dominate role such as having the minor female call him "Daddy" and instruct her on conducting sexual acts for the image.

11.     As the interview continued, BUDOVIC informed agents that he had been receiving images from his 17 years old fiancé who resided in Michigan.

8

According to BUDOVIC, he has also been in contact and receiving images and videos from his fiancé for approximately three (3) years, meaning BUDOVIC has been receiving explicit images and videos from his fiancé since she was 14 years old. Furthermore, it was learned that BUDOVIC had been instructing his fiancé to take explicit images and videos of her minor sisters, ages 3, 4 and 9. Some of the images were discovered on BUDOVIC's Apple IPhone 7 during a forensic preview conducted by GBI Computer Forensic Investigator Chris Jones. As the interview was concluding, BUDOVIC admitted to getting "turned on" and  stated he "likes seeing" child pornography.

12.    On October 31, 2017, HSI Agents in Michigan were notified and ultimately found BUDOVIC's fiancé. A recorded post Miranda interview with BUDOVIC's fiancé lead to the identification and recovery of the three minor females (the fiance's sisters). BUDOVIC's fiancé admitted to taking the images and videos at BUDOVIC's request as stated by BUDOVIC.

13.    Further review of BUDOVIC's Apple iPhone 7 revealed numerous Kik conversations between BUDOVIC and minor females where it appears explicit images and videos were exchanged. HSI subpoenas were issued for user names in order to identify additional victims. For example, the forensic preview conducted by GBI Agent Jones lead to the discovery of Kik user identified herein as "LGM"

to protect her identity. Kik user LGM told BUDOVIC she is a 16-year-old female. At the request of BUDOVIC, the minor female sent explicit images and videos to BUDOVIC during the time period of October 11, 2017 to October 28, 2017. Subpoena results place this victim in Wisconsin and efforts are being made to identify LGM.

14.     On November 20, 2017, HSI SA Rives reviewed the Kik chats that were discovered on BUDOVIC's Apple iPhone 7. The conversation was between Kik user LGM and BUDOVIC. In the conversation, BUDOVIC is told by the minor female that she is 16 years old. While knowing her age, on October 13, 2017 at 10:13:37, BUDOVIC was chatting with the minor female and wrote "Mmm open those legs babygirl" followed by "Unless you're not ready yet". On the same date at 10:14:15, the minor female sent a close up picture of her vagina with her hand covering the majority of it.

15.     HSI SA Rives continued to review the conversation between Kik user LGM and BUDOVIC. On October 18, 2017, at 07:20:02, BUDOVIC writes the following "I like little girls there I said the younger the better. You can freak out now and leave me".

16.     BUDOVIC admitted to reviewing the images and videos of the minor females. Those images and videos were produced at his request and direction

despite knowing their ages. During the interview, BUDOVIC admitted to having a sexual interest in minor females and even expressed that interest with a minor female in a Kik conversation.  It is your affiant's belief that the images and videos of child pornography produced at the request of BUDOVIC were received in Bartow County, where BUDOVIC lives, in the Northern District of Georgia.

17.     On November 21, 2017, SA Rives was notified by the Bartow County Jail that BUDOVIC was able to post bond on the state charges he was arrested on October 31, 2017. At that time, BUDOVIC was arrested by Bartow County Investigators for sexual exploitation of a child. The charges were the result of the images provided by the cyber tip and what was discovered during the search warrant.

17.     Based on the aforementioned facts, there is probable cause to believe that Shawn Ryan BUDOVIC has committed a violation of Title 18, United States Code, Sections 2251(a) and (e), that is, that he did employ, use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), for the purpose of producing visual sexual depictions.  There is also probable cause to believe the visual depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone.